UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re:                                )
                                      )    Chapter 7
Barry Dale Lear, Sr.                  )
and Lavera Marie Lear                 )
                                      )    Case No. 20-00198-dd
                                      )
                      Debtors.        )

## TRUSTEE'S REPORT OF NO SALE

      Kevin Campbell, the duly appointed and acting Chapter 7 Trustee for the above Debtors (hereinafter referred to as the "Trustee"), hereby reports that the sale of the Estate's interest in real property known as 7810 Telegraph Road, Severn, MD 21144 was unable to close. The Trustee has another contract on the property and will be filing a new notice of sale.

 

DATED: July 8, 2021

/s/ Kevin Campbell
KEVIN CAMPBELL, Trustee
P. O. Box 684
Mount Pleasant, SC 29465-0684
Tel. No. (843) 884-6874
Fax No. (843) 884-0997
E-Mail: kcampbell@campbell-law-firm.com
U.S. District Court ID No. 30